**Gloria D. SMITH, Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner, Social Security Administration, Appellee.**

No. 00–3353.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 7, 2001.

Decided Aug. 15, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Gloria D. Smith appeals the district court’s * grant of summary judgment in favor of the Social Security Commissioner, affirming the denial of Smith’s March 1997 application for disability insurance benefits after a hearing before an administrative law judge (ALJ), and after the Appeals Council denied review. Having reviewed

---

* The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

the record, we find the Commissioner's final decision is supported by substantial evidence on the record as a whole, including consideration of the new evidence submitted to the Appeals Council, to the extent the evidence related to the period before the ALJ's decision. *See Cunningham v. Apfel,* 222 F.3d 496, 500 (8th Cir. 2000) (standard of review). In particular, the ALJ considered Smith's impairments in combination, permissibly discounted one treating physician's opinion and gave another treating physician's opinion controlling weight, made sufficient credibility findings, made a supported finding of no severe mental impairment, and did not fail to follow applicable regulations.

Accordingly, we affirm.

A true copy.